UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONALD TAYLOR,

                  Petitioner,

    -against-

ANDREW CUOMO, NEW YORK STATE
ATTORNEY GENERAL,

                  Respondent.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 2138 (CPS)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.

★ NOV 15 2007 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Charles P. Sifton, United States District Judge, having been filed on November 14, 2007, dismissing petitioner's application for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that petitioner's application for a writ of habeas corpus is dismissed.

Dated: Brooklyn, New York
       November 15, 2007

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court